DA-LAUR ASSOCIATES *v.* MAURICE CLOS-VERSAILLES

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 903, is denied.

*Peter M. Ryan,* in support of the petition.

*Paul L. McCullough,* in opposition.

Decided April 22, 1992

TOWN OF WEST HARTFORD *v.* PATRICIA MCKENNA

The defendant's petition for certification for appeal from the Appellate Court is dismissed.

*Patricia McKenna,* pro se, in support of the petition.

*Patrick G. Alair,* assistant corporation counsel, in opposition.

Decided May 6, 1992

STATE OF CONNECTICUT *v.* ROGELIO FERNANDEZ

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 73, is denied.

*Temmy Ann Pieszak,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.